MICHAEL J. MCCUE (SBN: 296425)
Email: MMcCue@LRRLaw.com
AARON D. JOHNSON
Email: ADJohnson@LRRLaw.com
Lewis Roca Rothgerber LLP
4300 Bohannon Drive
Menlo Park, CA 94025
(650) 391-1380 (Tel.)
(702) 391-1395 (Fax)

Attorneys for Plaintiffs
RESTORATION HARDWARE, INC.
RH US, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESTORATION HARDWARE, INC., a Delaware corporation, and RH US, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>LIGHT IN THE BOX LIMITED, a Hong Kong limited liability company,<br><br>Defendant. | Civil Case No.: 3:15-cv-00924<br><br>**COMPLAINT** |

Plaintiffs Restoration Hardware Inc. and RH US, LLC (collectively, "RH") allege the following:

## NATURE OF THIS ACTION

1. This is an action for copyright infringement arising out of Defendant's use of RH's copyrighted images on Defendant's website to sell knockoffs of RH products.

## PARTIES

2. Plaintiff Restoration Hardware, Inc. is a Delaware corporation whose principal place of business is located at 15 Koch Road, Corte Madera, California, 94925.

3. Plaintiff RH US, LLC is a Delaware limited liability company whose principal place of business is located at 15 Koch Road, Corte Madera, California, 94925.

4. Defendant Light In The Box Limited is a Hong Kong limited liability company whose principal place of business is located at 7/F., China Insurance Group Building, No. 141 Des Voeux Road, Central, Hong Kong, China.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338 because this action involves a claim arising under the Copyright Act of 1976, as amended, 17 U.S.C. § 101, *et seq.*

6. This Court has personal jurisdiction over Defendant because Defendant purposefully, willfully, and/or intentionally infringed upon RH's copyrights by using RH's copyrighted photographs on its website. Upon information and belief, Defendant used the copyrighted images with the knowledge that RH is located in California and that RH would likely suffer injury or harm resulting from the infringement in California. Indeed, Defendant continued its infringing conduct despite notice from RH. Upon information and belief, Defendant has purposefully directed its tortious conduct and activities at California, and RH's claim arises out of such conduct and activities. The exercise of personal jurisdiction is thus reasonable.

7. Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(2) because jurisdiction is not founded solely on diversity of citizenship and a substantial part of the property that is the subject of this action—namely, RH's copyrighted photographs—is situated in this judicial district. Venue is proper in the Northern district of this court, San Francisco division.

## INTRADISTRICT ASSIGNMENT

8. Pursuant to Civil Rule 3-2(c), this is an Intellectual Property Action assignable on a district-wide basis.

///

5368665_2

**GENERAL ALLEGATIONS**

9. RH is an innovative and popular luxury brand in the home furnishings marketplace. RH designs, manufactures, and sells a wide variety of home furnishings, including furniture, lighting, bed, bath, hardware, and other products.

10. RH spends a substantial amount of time, money, and effort staging and photographing its products for RH's renowned product catalogs, known as "source books," and its website, <rh.com>. RH's source books and website feature thousands of beautiful photographs showing RH products in upscale and refined settings.

11. RH routinely obtains copyright registrations for its source books. Prior to January 2015, Restoration Hardware, Inc. owned all right, title, and interest in the copyrights of the photographs in RH's source books. In January 2015, Restoration Hardware, Inc. assigned its rights in the photographs to RH US, LLC, and RH US, LLC subsequently granted Restoration Hardware, Inc. a license to use the photographs.

12. Unscrupulous third parties frequently use RH's photographs from its source books and website to sell knockoffs of RH's products.

13. Upon information and belief, Defendant owns and operates a web-based retail business based in Hong Kong Special Administrative Region of the People's Republic of China.

14. In or about October 2014, RH learned that Defendant was using unauthorized copies of RH's copyrighted photographs (the "Infringing Photographs") to sell Defendant's own products, presumably knockoffs.

15. To the best of RH's knowledge, Defendant sells its goods on its website throughout the United States, including in this judicial district.

16. A sample of RH's original photographs and the corresponding Infringing Photographs as displayed on Defendant's website are set forth in the table below:

5368665_2



| RH Images | Light In The Box Images |
|---|---|
| | |

17.     On October 15, 2014, RH sent a cease and desist letter to Defendant, demanding that it, among other things, cease using RH's intellectual property, including RH's copyrights in the Infringing Photographs, and pay RH a reasonable amount for use of each of the copyrighted photographs at issue.

18.     Defendant failed to respond but removed some of the Infringing Photographs from its website.

19.     On November 4, 2014, RH sent a second cease and desist letter to Defendant again demanding that Defendant, among other things, cease violating RH's intellectual property rights, including RH's copyrights in the Infringing Photographs, and pay RH a reasonable amount for its use of each of the copyrighted images at issue.

20.     Again, Defendant failed to respond.

21.     On November 17, 2014, RH sent a third cease and desist letter to Defendant demanding that that it cease and desist from violating RH's intellectual property rights.

22.     Again, Defendant failed to respond.

23.     With no other remaining options for protecting its valuable intellectual property, RH now brings this copyright infringement claim to seek redress for

5368665_2

1 Defendant's blatant infringement of RH's copyrighted photographs.

## COUNT I
(Copyright Infringement
under 17 U.S.C. § 501 *et seq.*)

24. RH incorporates the allegations in foregoing paragraphs as though fully set forth herein.

25. RH owns copyrights in the RH photographs identified above, including pending U.S. Copyright applications for the source books and website containing the photographs at issue, which applications were duly filed with the U.S. Copyright Office with the appropriate fees having been paid.

26. Defendant infringed RH's copyrights by copying and publicly displaying the photographs on Defendant's website.

27. Plaintiffs did not authorize Defendant's copying or public display of the photographs.

28. Defendant's conduct was willful within the meaning of the Copyright Act.

## PRAYER FOR RELIEF

WHEREFORE, RH requests that the Court enter:

A. A preliminary and permanent injunction prohibiting Defendant and its officers, agents, servants and those persons in active concert or participation with them from directly or indirectly infringing RH's rights in the copyrighted work;

B. Judgment in favor of RH and against Defendant for, at RH's election, actual damages in amount to be determined at trial, together with the profits derived from Defendant's infringement, or statutory damages for each violation under 17 U.S.C. § 504;

///
///
///
///

5368665_2

      C.      For entry in favor of RH and against Defendant for RH's costs and attorneys' fees incurred in this action, pursuant to 17 U.S.C. § 505; and

      D.      For such other relief as the Court deems just, equitable and proper.

                                                  Respectfully submitted,

Dated: February 27, 2015            By:   /s/ Michael J. McCue
                                                     MICHAEL J. MCCUE
                                                     AARON D. JOHNSON
                                                     Lewis Roca Rothgerber LLP
                                                     3993 Howard Hughes Parkway, Suite 600
                                                     Las Vegas, Nevada 89169-5996
                                                     (702) 949-8200 (Tel.)
                                                     (702) 949-8398 (Fax)

                                                     Attorneys for Plaintiffs
                                                     RESTORATION HARDWARE, INC.
                                                     RH US, LLC

5368665_2