1  Harrison J. Frahn IV (Bar No. 206822)
   hfrahn@stblaw.com
2  SIMPSON THACHER & BARTLETT LLP
   2475 Hanover Street
3  Palo Alto, California  94304
   Telephone: (650) 251-5000
4  Facsimile: (650) 251-5002

5  *Attorneys for Defendant LightintheBox Holding Co., Ltd.*

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12 RESTORATION HARDWARE, INC., a        Civil Case No.:  3:15-cv-00924-WHO
   Delaware corporation, and RH US, LLC, a
   Delaware limited liability company,      **The Honorable William H. Orrick**
13
                                            **STIPULATION AND ORDER**
14                    Plaintiffs,           **CONTINUING CASE MANAGEMENT**
                                            **CONFERENCE AND EXTENDING TIME**
15            vs.                           **TO RESPOND TO COMPLAINT**

16 LIGHT IN THE BOX LIMITED, a Hong        First Amended Complaint Filed: May 14, 2015
   Kong limited liability company, and     Current CMC Date: June 30, 2015
17 LIGHTINTHEBOX HOLDING CO., LTD.,
   a Cayman Islands exempted company,
18
                      Defendants.
19

20

21          Plaintiffs Restoration Hardware, Inc. and RH US, LLC, (collectively, "Plaintiffs"),

22 and Defendant LightInTheBox Holding Company, Limited, ("LITB Holding Co.") (collectively,

23 the "Parties"), hereby stipulate to a (1) 30-day continuance of the Case Management Conference

24 ("CMC") (and all dates associated therewith), currently set for June 30, 2015, and (2) a 30-day

25 extension of Defendant LITB Holding Co.'s time to respond to the First Amended Complaint from

26 June 26, 2015, to and including July 27, 2015.  The Parties' stipulation is based on the following

27 facts:

28

1      1.      Plaintiffs filed a First Amended Complaint ("FAC") in the above captioned case

2  against Defendant LITB Holding Co. on May 14, 2015, dkt. no. 13;

3      2.      Plaintiffs and Defendant LITB Holding Co. conferred and subsequently entered a

4  joint stipulation extending Defendant LITB Holding Co.'s time to respond to the FAC from June

5  5, 2015 to June 26, 2015;

6      3.      The Parties have since been in settlement discussions and would like time to

7  continue their settlement talks before taking the time and expense of responding to the FAC, filing

8  a Joint CMC statement, and preparing for and attending the CMC.

9      4.      The Parties submit that this agreement was made in the spirit of conserving judicial

10 resources and is in the best interests of the Parties.

11     5.      The Parties, therefore, respectfully request that: (1) the CMC scheduled for June

12 30, 2015 be continued for 30 days, until late July, 2015 on a date convenient to the Court; (2) the

13 date for filing the Joint CMC Statement be continued until one week before the new CMC date;

14 and (3) Defendant LITB Holding Co.'s time to respond to the Complaint be extended from June

15 26, 2015, to and including July 27, 2015.

16 Dated:  June 19, 2015                    SIMPSON THACHER & BARTLETT LLP

17                                          By:  /s/ Harrison J. Frahn IV
18                                               Harrison J. Frahn IV

19                                          Harrison J. Frahn IV
                                            hfrahn@stblaw.com
20                                          2475 Hanover Street
                                            Palo Alto, California 94304
21                                          Tel:  (650) 251-5000
                                            Fax: (650) 251-5002
22
                                            *Attorney for Defendant LightintheBox Holding Co.,*
23                                          *Ltd.*

24

25

26

27

28

1

LEWIS ROCA ROTHGERBER LLP

2

By:  /s/ Michael J. McCue
       Michael J. McCue

3

4

Michael J. McCue
McCue@LRRLaw.com
Aaron D. Johnson
ADJohnson@LRRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Tel: (650) 391-1380
Fax: (702) 391-1395

5

6

7

8

*Attorneys for Plaintiffs Restoration Hardware, Inc.
and RH US, LLC*

9

10

     **Attestation**:  Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that

11

concurrence in the filing of this document has been obtained from the signatories to this

12

document.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ORDER**

2          Pursuant to the Parties' stipulation and for good cause shown, IT IS HEREBY ORDERED

3    that:

4          1.      The Case Management Conference shall be continued from June 30, 2015, until

5    August 4, 2015;

6          2.      All other deadlines associated with the Case Management Conference, including

7    the filing of a Joint Case Management Conference statement, shall be continued until one week

8    before the new CMC date.  The Parties shall comply with this Court's Standing Order re: Initial

9    Case Management and the Standing Order for All Judges of the Northern District of California re:

10   Contents of Case Management Statements.

11         3.      Defendant LITB Holding Co.'s time to respond to the First Amended Complaint is

12   extended by thirty days, from June 26, 2015, to and including July 27, 2015.

13

14   Dated: June 22, 2015

15                                                      Honorable William H. Orrick
                                                        United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28