# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RESTORATION HARDWARE, INC., a Delaware corporation, and RH US, LLC, a Delaware limited liability company,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>LIGHT IN THE BOX LIMITED, a Hong Kong limited liability company, and LIGHTINTHEBOX HOLDING CO., LTD., a Cayman Islands exempted company,<br><br>　　　　　　　　Defendants. | Civil Case No.: 3:15-cv-00924-WHO<br><br>**The Honorable William H. Orrick**<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>First Amended Complaint Filed: May 14, 2015<br><br>Current CMC Date: September 8, 2015 |

Plaintiffs Restoration Hardware, Inc. and RH US, LLC, (collectively, "Plaintiffs"), and Defendant LightInTheBox Holding Company, Limited, ("LITB Holding Co.") (collectively, the "Parties"), hereby stipulate to a (1) 14-day continuance of the Case Management Conference ("CMC") (and all dates associated therewith), currently set for September 8, 2015, and (2) a 14-day extension of Defendant LITB Holding Co.'s time to respond to the First Amended Complaint from August 26, 2015, to and including September 9, 2015. The Parties' stipulation is based on the following facts:

1. Plaintiffs filed a First Amended Complaint ("FAC") in the above captioned case against Defendant LITB Holding Co. on May 14, 2015, (Dkt. No. 13);

2. Plaintiffs and Defendant LITB Holding Co. conferred and subsequently entered a joint stipulation extending Defendant LITB Holding Co.'s time to respond to the FAC from June 5, 2015 to June 26, 2015 (Dkt. No. 15);

3. After ongoing settlement discussions, Plaintiffs and Defendant LITB Holding Co. entered into a second joint stipulation continuing the case management conference scheduled for June 30, 2015, and extending Defendant LITB Holding Co.'s time to respond to the FAC from June 26, 2015 to July 27, 2015, (Dkt. No. 23);

4. The parties entered a third joint stipulation continuing the case management conference scheduled for August 4, 2015, and extending Defendant LITB Holding Co.'s time to respond to the FAC from July 27, 2015 to August 26, 2015, (Dkt. No. 28);

5. The Parties have resolved the dispute between them and are currently finalizing a settlement agreement;

6. In light of the impending settlement, the Parties would like to continue the case management conference currently scheduled for September 8, 2015, and request a 14-day extension of time for Defendant LITB Holding Co. to respond to the FAC;

4. The Parties submit that this agreement was made in the spirit of conserving judicial resources and is in the best interests of the Parties.

5. The Parties, therefore, respectfully request that: (1) the CMC scheduled for September 8, 2015, be continued for 30 days, until late September, 2015 on a date convenient to the Court; (2) the date for filing the Joint CMC Statement be continued until one week before the new CMC date; and (3) Defendant LITB Holding Co.'s time to answer, move against, or otherwise respond to the Complaint be extended from August 26, 2015, to and including September 9, 2015.

| | |
|---|---|
| Dated: August 26, 2015 | SIMPSON THACHER & BARTLETT LLP |
| | By: /s/ Harrison J. Frahn IV |
| |     Harrison J. Frahn IV |
| | |
| | Harrison J. Frahn IV |
| | hfrahn@stblaw.com |
| | 2475 Hanover Street |
| | Palo Alto, California 94304 |
| | Tel: (650) 251-5000 |
| | Fax: (650) 251-5002 |
| | |
| | *Attorney for Defendant LightintheBox Holding Co., Ltd.* |
| | |
| | LEWIS ROCA ROTHGERBER LLP |
| | |
| | By: /s/ Michael J. McCue |
| |     Michael J. McCue |
| | |
| | Michael J. McCue |
| | McCue@LRRLaw.com |
| | Aaron D. Johnson |
| | ADJohnson@LRRLaw.com |
| | 3993 Howard Hughes Parkway, Suite 600 |
| | Las Vegas, Nevada 89169-5996 |
| | Tel: (650) 391-1380 |
| | Fax: (702) 391-1395 |
| | |
| | *Attorneys for Plaintiffs Restoration Hardware, Inc. and RH US, LLC* |

**Attestation**: Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the signatories to this document.

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT, CASE NO: 3:15-CV-00924-WHO

- 3 -

**ORDER**

Pursuant to the Parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that:

1. The Case Management Conference shall be continued from September 8, 2015, until October 6, 2015;

2. All other deadlines associated with the Case Management Conference, including the filing of a Joint Case Management Conference statement, shall be continued until one week before the new CMC date. The Parties shall comply with this Court's Standing Order re: Initial Case Management and the Standing Order for All Judges of the Northern District of California re: Contents of Case Management Statements.

3. Defendant LITB Holding Co.'s time to answer, move against, or otherwise respond to the First Amended Complaint is extended from August 26, 2015, to and including September 9, 2015.

Dated: August 27, 2015

_____
Honorable William H. Orrick
United States District Judge