1  Harrison J. Frahn IV (Bar No. 206822)
   hfrahn@stblaw.com
2  SIMPSON THACHER & BARTLETT LLP
   2475 Hanover Street
3  Palo Alto, California  94304
   Telephone: (650) 251-5000
4  Facsimile: (650) 251-5002

5  *Attorneys for Defendant LightInTheBox Holding Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESTORATION HARDWARE, INC., a Delaware corporation, and RH US, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>LIGHT IN THE BOX LIMITED, a Hong Kong limited liability company, and LIGHTINTHEBOX HOLDING CO., LTD., a Cayman Islands exempted company,<br><br>Defendants. | Civil Case No.:  3:15-cv-00924-WHO<br><br>**The Honorable William H. Orrick**<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>First Amended Complaint Filed: May 14, 2015<br><br>Current CMC Date: October 6, 2015 |

Plaintiffs Restoration Hardware, Inc. and RH US, LLC, (collectively, "Plaintiffs"), and Defendant LightInTheBox Holding Company, Limited, ("LITB Holding Co.") (collectively, the "Parties"), hereby stipulate to (1) a three week continuance of the Case Management Conference ("CMC") (and all dates associated therewith), currently set for October 6, 2015, and (2) a three week extension of Defendant LITB Holding Co.'s time to respond to the First Amended Complaint from September 16, 2015, to and including October 7, 2015.  The Parties' stipulation is based on the following facts:

1. Plaintiffs filed a First Amended Complaint ("FAC") in the above captioned case against Defendant LITB Holding Co. on May 14, 2015, (Dkt. No. 13);

2. Plaintiffs and Defendant LITB Holding Co. conferred and subsequently entered a joint stipulation extending Defendant LITB Holding Co.'s time to respond to the FAC from June 5, 2015 to June 26, 2015 (Dkt. No. 15);

3. After ongoing settlement discussions, Plaintiffs and Defendant LITB Holding Co. entered into a second joint stipulation continuing the case management conference scheduled for June 30, 2015, and extending Defendant LITB Holding Co.'s time to respond to the FAC from June 26, 2015 to July 27, 2015, (Dkt. No. 23);

4. The parties entered a third joint stipulation continuing the case management conference scheduled for August 4, 2015, and extending Defendant LITB Holding Co.'s time to respond to the FAC from July 27, 2015 to August 26, 2015, (Dkt. No. 28);

5. The parties entered another joint stipulation continuing the case management conference scheduled for September 8, 2015, and extending Defendant LITB Holding Co.'s time to respond to the FAC from August 26, 2015, to and including September 9, 2015, (Dkt. No. 30);

6. The parties entered the most recent joint stipulation extending Defendant LITB Holding Co.'s time to respond to the FAC from September 9, 2015, to and including September 16, 2015 (Dkt. No. 32).

7. The Parties have resolved the dispute between them and are currently finalizing a settlement agreement;

8. In light of the impending settlement, the Parties would like to continue the case management conference currently scheduled for October 6, 2015, and request a three week extension of time for Defendant LITB Holding Co. to respond to the FAC;

9. The Parties submit that this agreement was made in the spirit of conserving judicial resources and is in the best interests of the Parties.

10. The Parties, therefore, respectfully request that (1) the CMC scheduled for October 6, 2015, be continued for three weeks, until late October, 2015, on a date convenient to the Court; (2) the date for filing the Joint CMC Statement be continued until one week before the new CMC

date; and (3) Defendant LITB Holding Co.'s time to answer, move against, or otherwise respond to the FAC be extended from September 16, 2015, to and including October 7, 2015.

Dated:  September 16, 2015                    SIMPSON THACHER & BARTLETT LLP

By: /s/ Harrison J. Frahn IV
     Harrison J. Frahn IV

Harrison J. Frahn IV
hfrahn@stblaw.com
2475 Hanover Street
Palo Alto, California 94304
Tel:  (650) 251-5000
Fax: (650) 251-5002

*Attorney for Defendant LightintheBox Holding Co., Ltd.*

LEWIS ROCA ROTHGERBER LLP

By: /s/ Michael J. McCue
     Michael J. McCue

Michael J. McCue
McCue@LRRLaw.com
Aaron D. Johnson
ADJohnson@LRRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Tel: (650) 391-1380
Fax: (702) 391-1395

*Attorneys for Plaintiffs Restoration Hardware, Inc. and RH US, LLC*

**Attestation**: Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the signatories to this document.

**ORDER**

Pursuant to the Parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that:

1. The Case Management Conference shall be continued from October 6, 2015, until November 3, 2015;

2. All other deadlines associated with the Case Management Conference, including the filing of a Joint Case Management Conference statement, shall be continued until one week before the new CMC date. The Parties shall comply with this Court's Standing Order re: Initial Case Management and the Standing Order for All Judges of the Northern District of California re: Contents of Case Management Statements.

3. Defendant LITB Holding Co.'s time to answer, move against, or otherwise respond to the First Amended Complaint is extended by one week, from September 16, 2015, to and including October 7, 2015.

Dated: September 17, 2015

_____
Honorable William H. Orrick
United States District Judge