UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RESTORATION HARDWARE, INC., et al.,

Plaintiffs,

v.

LIGHT IN THE BOX LIMITED, et al.,

Defendants.

Case No. 15-cv-00924-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 35

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: October 7, 2015



WILLIAM H. ORRICK
United States District Judge